JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Priority
Send
Enter
Closed
JS-5/JS-6
Scan Only

**CASE NO.:** CV 09-01396 SJO (AGRx)   **DATE:** May 13, 2009

**TITLE:** Lilia Perez v. Consumer Recovery Associates, Inc

========================================================================

**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                                Not Present
Courtroom Clerk                                 Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**      **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                     Not Present

========================================================================

**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of plaintiff's notice of dismissal filed on 5/07/09 [7]. Accordingly, the Court orders this matter dismissed pursuant to said notice of dismissal.